## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:22-cr-274 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES R. KNEPP, II. |
| vs. | ) | |
| | ) | |
| ANITA GREEN, | ) | **NOTICE OF APPEAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes Defendant, Anita Green, by and through undersigned counsel, Friedman Nemecek Long & Grant, L.L.C., and hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered into this action on October 3, 2024.

Respectfully submitted,

*/s/ Ian N. Friedman*
IAN N. FRIEDMAN (0068630)
Counsel for Defendant
FRIEDMAN NEMECEK LONG & GRANT,
L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
P: (216) 928-7700
F: (216) 820-4659
E: inf@fanlegal.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Appeal was filed by CM/ECF on the 9th day of October, 2024, which will send a notification of such filing electronically to all parties in this case.

Respectfully submitted,


*/S/ Ian N. Friedman*
IAN N. FRIEDMAN
Counsel for Defendant Green